UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAH JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. COTTA, et al,<br><br>        Defendant. | 1:16-cv-00082-JLT (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

   Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. ' 1915.  Accordingly, the Court **ORDERS**:

   1.    **Within 45 days** of the date of service of this order, plaintiff **SHALL** submit the attached application to proceed in forma pauperis, completed and signed or pay the $400.00 filing fee.  No requests for extension will be granted without a showing of good cause.

   2.    **Within 60 days** of the date of service of this order, plaintiff **SHALL** submit a certified copy of his/her prison trust statement for the six-month period immediately before the filing of the complaint.

   **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **January 25, 2016**            /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE